IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Veronda Fitzgerald, | ) | C/A No.: 3:09-3149-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Aggregate Industries Management, Inc., | ) | ORDER |
| Synovus Trust Company, N.A., The | ) | |
| Prudential Insurance Company of | ) | |
| America, and Joyce M. Branch, as | ) | |
| Personal Representative of the Estate | ) | |
| of Lyndell McGowan, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Joyce M. Branch, as Personal | ) | |
| Representative of the Estate of Lyndell | ) | |
| McGowan, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Velvet McGowan, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The court, having reviewed the motion to dismiss for failure to prosecute [Doc. 31] filed on behalf of Joyce M. Branch, as personal representative of the estate of Lyndell McGowan, orders the plaintiff, Veronda Fitzgerald, to respond to the motion no later than July 29, 2010, the deadline indicated on the docket and the amount of time provided for

under Fed. R. Civ. P. 6.

IT IS SO ORDERED.

July 13, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge